*Messrs. Forbis & Evans,* for Respondent.

————

No. 1,936.—FARRIS, Appellant, *v.* WESTERN UNION TELEGRAPH CO., Respondent.

*Appeal from District Court, Silver Bow County.*

On motion to dismiss appeal.

Decided April 22, 1903.

PER CURIAM.—The motion to dismiss this appeal is sustained and the appeal is accordingly dismissed.

*Messrs. McHatton & Cotter,* and *Mr. George F. Shelton,* for Appellant.

*Mr. T. Bailey Lee,* and *Mr. J. K. Macdonald,* for Respondent.